

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: INDUSTRIAL LIFE INSURANCE                  MDL  NO. 1371 and
LITIGATION                                            consolidated MDLs

                                                              5:04cv55

     ELDORA BURKES                                CIVIL ACTION 04-2262

         v.

LIFE INSURANCE COMPANY OF GEORGIA                 SECTION "F"


                              <u>ORDER</u>

     All proceedings that can be conducted for Civil Action Number
04-2262 have been conducted.  Accordingly, IT IS ORDERED: that Civil
Action Number 04-2262 be returned to the transferor court for any
further proceedings.




          New Orleans, Louisiana, June 27, 2007.


                         _____
                         MARTIN L. C. FELDMAN
                         UNITED STATES DISTRICT JUDGE

**CLERK'S OFFICE**
A TRUE COPY

JUN 2 8 2007

Deputy Clerk, U. S. District Court
Eastern District Of Louisiana
New Orleans, La.